No. 91–7951.  BENEDETTO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 91–7952.  OLIVO PEGUERO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–7958.  STICKLES *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS.  C. A. 4th Cir.  Certiorari denied.

No. 91–7959.  BLEECKER *v.* MURPHY.  Sup. Ct. Va.  Certiorari denied.

No. 91–7961.  MOURSUND *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–7970.  KELLEY *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 91–7971.  CHRISTOPHER, AKA WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir.  Certiorari denied.

No. 91–7977.  BODINE *v.* DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir.  Certiorari denied.

No. 91–7991.  CADET *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–7993.  CARDENAS-BARRERA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–7994.  CICALESE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 91–7999.  GARDNER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 91–8001.  INGRAM *v.* SMITH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 91–8002.  KING *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–8021.  JAMES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.